IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRONCHEE CATHCART, § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. 3:16-CV-2084-M |
| YP ADVERTISING & PUBLISHING, § LLC, § § | |
| Defendant. | |

**ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

On this, the _____ day of _____ 2017, came on to be heard Plaintiff's Motion for Summary Judgment. After reviewing the pleadings, the Court finds that the Motion should be denied as to Plaintiff Cathcart's claims of retaliation under the Family & Medical Leave Act, and disability discrimination under Chapter 21 of the Texas Labor Code. As to those claims, it is hereby ORDERED that P Defendant YP's Motion for Summary Judgment (Dkt. No. 16) is hereby DENIED.

So ordered, this _____ day of _____ 2017.

_____
Presiding Judge